UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES ANTHONY HOLLEY, JAMES ARTHUR HOLLEY, SR., AND JAMES ARTHUR HOLLEY, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, BRYCE HOLMES and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. ED CV 12-01423 DTB<br><br>~~PROPOSED~~ ORDER GRANTING APPLICATION AND STIPULATION FOR PROTECTIVE ORDER TO RELEASE INFORMATION FROM LAW ENFORCEMENT PERSONNEL FILES |

Good cause appearing therefor from the Stipulation of the parties

**IT IS ORDERED** that:

1. Counsel for defendant, County of Riverside, shall disclose to counsel for plaintiffs, the names, addresses and telephone numbers of citizen complainants, witnesses and the names of involved officers concerning citizen complaints for use of excessive force, and/or dishonesty involving the following defendants: Bryce Holmes, Arturo Mendez, Brent Ruiz, Chad Thompson, Rico Garcia, Jesus Acevedo, Jason Franks, Ralph Rico, and Justin Rowan. In addition, Counsel for defendant, County of Riverside, shall disclose to counsel for plaintiffs, any Investigations of any such personnel complaints against said defendants, including internally initiated

LEWIS BRISBOIS

1 / generated personnel complaints / investigations, including any investigation reports, any criminal reports, any such written complaints (or other writings, showing the complaints), and video and audio recordings made or obtained pursuant to the Investigation of any such personnel complaints against said defendants, the transcripts of any such audio and/or video recordings, as well as any other Investigation documents, such as the results and findings of any such personnel Investigations.

2. Counsel for the plaintiffs shall not convey, transfer, publish, distribute, copy, duplicate or disseminate the items and information so provided except as may be reasonably necessary for the prosecution of this litigation, by communicating with and showing the plaintiffs, or investigators, plaintiff's counsel's staff, consultants and experts retained on behalf of the plaintiffs in this matter.

3. Prior to the dissemination of any such information pursuant to this order, counsel for the plaintiffs shall inform such person of the terms and conditions of this order and secure such person's agreement to be bound by it.

4. Plaintiffs, plaintiffs' counsel, and plaintiffs' investigators, consultants and experts, are expressly prohibited from utilizing the disclosed information for any purpose other than the prosecution of HOLLEY v. COUNTY OF RIVERSIDE, United States District Court Case No. ED CV ED CV 12-01423 DTB and the information disclosed shall not be utilized in any other proceeding or litigation, or for any other purpose; save any order of any court of competent jurisdiction, allowing the use of any such items in some other judicial or other proceeding authorized by law, after reasonable notice to defense counsel[1] in this matter of the application or motion for such order.

5. Plaintiffs, plaintiffs' counsel, and plaintiffs' investigators, consultants and

---

[1] Or otherwise to Riverside County Counsel's Office, if present defense counsel is unable to deal with this matter.

4820-1512-3223.1

2

PROPOSED ORDER GRANTING APPLICATION AND STIPULATION FOR PROTECTIVE ORDER TO RELEASE INFORMATION FROM LAW ENFORCEMENT PERSONNEL FILES

experts are expressly prohibited from disclosing orally or otherwise the information subject to this Protective Order to any person other than those who are reasonably necessary for the prosecution of HOLLEY v. COUNTY OF RIVERSIDE, United States District Court Case No. ED CV 12-01423 DTB.

6. Plaintiffs, plaintiffs' counsel, and plaintiffs' investigators, consultants and experts, are expressly prohibited from distributing or disseminating any of the disclosed information to any person or entity, in the absence of any order of a court of competent jurisdiction, after reasonable notice to defense counsel in this matter of the application or motion for such order.

7. Counsel for each party shall take reasonable precaution to prevent the unauthorized or inadvertent disclosure of any of the protected information.

8. In the event anyone shall violate or threaten to violate any terms of this Protective Order, the aggrieved party may immediately apply to obtain injunctive relief and monetary sanctions to this court against any such person violating or threatening to violate any of the terms of this order. This court shall retain jurisdiction over the parties and any other persons subject to the terms of this order for the purpose of enforcing this Protective Order. The court shall have the power to impose whatever penalties it deems appropriate for the violation of said order, including, but not limited to, monetary and judicial sanctions and contempt.

9. This Protective Order shall survive the final termination of this action, to the extent that the information disclosed remains confidential and does not become known to the public. The court shall retain jurisdiction to resolve any dispute concerning the use of the information disclosed herein, and to impose whatever penalties it deems appropriate for the violation of this Protective Order, including, but not limited to, monetary and judicial sanctions and contempt.

Dated: December 9, 2013     _____
                             Hon. David T. Bristow
                             United States Magistrate Judge

4820-1512-3223.1
3
PROPOSED ORDER GRANTING APPLICATION AND STIPULATION FOR PROTECTIVE ORDER TO RELEASE INFORMATION FROM LAW ENFORCEMENT PERSONNEL FILES

LEWIS
BRISBOIS