JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANTHONY HOLLEY, JAMES ARTHUR HOLLEY, SR., AND JAMES ARTHUR HOLLEY, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, BRYCE HOLMES and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. ED CV 12-01423 DTB<br><br>( ~~proposed~~ )<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Good cause appearing therefor

IT IS ORDERED that this matter is dismissed with prejudice with the parties to bear their own costs and fees.

IT IS FURTHER ORDERED that the telephonic Status Conference (ECF Document No. 36) set for August 15, 2015 at 10:00 AM is vacated.

DATED: July 28, 2014

_____
Hon. David T. Bristow
United States Magistrate Judge

4844-7019-2668.1